UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:20-cr-9-CLC-CHS |
| v. ) | |
| ) | |
| MARCUS PAGE ) | |

## O R D E R

Magistrate Judge Christopher H. Steger filed a report and recommendation recommending the Court: (1) accept Defendant's plea of guilty to Count One of the one-count Information; (2) adjudicate Defendant guilty of the charges set forth in Count One of the Information; and (3) find Defendant shall remain in custody until sentencing in this matter. (Doc. 32.) Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 32) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Count One of the Information is **GRANTED**;

(2) Defendant's plea of guilty to Count One of the Information is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Information;

(4) A decision on whether to accept the revised plea agreement is **DEFERRED** until sentencing; and

(5) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **July 28, 2021 at 2:00 p.m. [EASTERN]**.

SO ORDERED.

ENTER:

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**